RECEIVED
IN LAKE CHARLES, LA

AUG - 9 2005
PAM
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| STEVEN T. ROSS | : | DOCKET NO. 03-1237 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| PORTHAU INDUSTRIES AND ALBRET DOCKS | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED that the Motion for Summary Judgment [doc. 33] filed by Pourteau Industries[1] and Albret Docks, S.A. (Collectively "Albret Docks") IS GRANTED.

IT IS FURTHER ORDERED that Steven T. Ross's claims against the defendants are DISMISSED WITH PREJUDICE.

Lake Charles, Louisiana, this 9 day of August, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[1] The caption states "Porthau", the defendants, in their brief, say "Pourteau."